## Thurman v. The State.

Appeal from Jackson Circuit Court.

Tried before the Hon. James A. Bilbro.

No counsel marked as appearing for appellant.

William C. Fitts, Attorney-General, for the State.

The appellant was indicted, tried and convicted for burglary. No point was reserved for consideration, as shown by the transcript, and the appeal was dismissed.

Opinion Per Curiam.

## Gilbert v. The State.

Appeal from the Circuit Court of Jackson.

Tried before the Hon. James A. Bilbro.

No counsel marked as appearing for appellant.

William C. Fitts, Attorney-General, for the State.

The appellant was indicted, tried and convicted for carrying concealed weapons. No point was shown by the transcript to be reserved for consideration, and the appeal was dismissed.

Opinion Per Curiam.